■ ARNOLD GREENMAN et al., Respondents, v SKYRINK WINTER GAMES TRAINING FACILITIES, INC., Appellant. [654 NYS2d 294] —Order, Supreme Court, New York County (William Davis, J.), entered December 14, 1995, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

The motion court correctly found issues of fact as to whether the alleged improper actions by defendant's employee were a proximate cause of plaintiff's injury. Contrary to defendant's contention, plaintiff's reaction to the alleged misconduct was part of a connected chain of events in a split-second emergency situation, and is therefore distinguishable from the clearly "conscious" choice made by the plaintiff in *Clark v Sachem School Dist.* (227 AD2d 366, 367). While plaintiff assumed the usual risks of ice skating, the guard's alleged misconduct was not part of that risk *(cf., Nunez v Recreation Rooms & Settlement,* 229 AD2d 359). Concur—Milonas, J. P., Ellerin, Nardelli and Tom, JJ

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOWNE F., Appellant. [654 NYS2d 294] —Judgment of resentence, Supreme Court, New York County (Herbert Adlerberg, J.), rendered on or about January 4, 1995, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J.P., Ellerin, Nardelli and Tom, JJ.